AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
In Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hughes, Lynn N. | Southern District of Texas | 10/4/2013 ~~5/15/2013~~ |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination     Date<br>☐ Initial   ☑ Annual    ☐ Final<br>5b. ☒ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Suite 11122
515 Rusk Street
Houston, Texas 77002

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Independent Executor | Estate (          no interest, no compensation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. ***Land********** | | | | | | | | | |
| 2. Tract One, Colorado County, Texas; grazing | C | Rent | M | R | | | | | 12/30/1991 *185,500 |
| 3. Tract Two, Colorado & Wharton Counties, Texas; | E | Rent | N | R | | | | | 12/30/1991 ♦ 332,112 |
| 4. Tract Two, Grant of Easement X | F | Rent | L | R | | | | | Note One |
| 5. ****IRAs********* | | | | | | | | | |
| 6. FundSource-1 | A | Dividend | $L_K$ | T | | | | | WELLS FARGO FCC AS CUSTODIAN |
| 7. FundSource-2 | A | Dividend | L | T | | | | | WELLS FARGO FCC AS CUSTODIAN |
| 8. ***Equities********** | | | | | | | | | |
| 9. Prosperity Bancshares | B | Dividend | L | T | | | | | |
| 10. Chevron | D | Dividend | M | T | | | | | |
| 11. Wells Fargo & Co. | D | Dividend | O | T | | | | | |
| 12. Wells Fargo & Co.-2 | B | Dividend | M | T | | | | | |
| 13. *****Estate********** | | | | | | | | | |
| 14. USB Cashfund | A | Interest | J | T | | | | | Note Two |
| 15. Putnam Global Equity | A | Distribution | J | T | | | | | Note Two |
| 16. Templeton Growth | A | Distribution | L | T | | | | | Note Two |
| 17. ***Mutual Funds One******* | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| | |
|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 |
| J =$15,000 or less | K =$15,001 - $50,000 |
| N =$250,001 - $500,000 | |
| P3 =$25,000,001 - $50,000,000 | |
| Q =Appraisal | R =Cost (Real Estate Only) |
| U =Book Value | V =Other |

| | |
|---|---|
| C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P4 =More than $50,000,000 | |
| S =Assessment | T =Cash Market |
| W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (Including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco International Growth | C | Dividend | N | T | | | | | |
| 19. Invesco Asia Growth | D | Dividend | O | T | | | | | |
| 20. Prudential Equity Opportunity | B | Dividend | P1 | T | | | | | |
| 21. Prudential Mid Cap Growth | B | Dividend | O | T | | | | | |
| 22. Invesco Developing Markets | D | Dividend | P1 | T | | | | | |
| 23. Columbia Value | D | Dividend | N | T | | | | | |
| 24. Pioneer Mid-Cap Value | C | Dividend | N | T | | | | | |
| 25. ***Minerals******** | | | | | | | | | |
| 26. San Juan County, New Mexico - 1 | A | Royalty | J | W | | | | | Production Gathering |
| 27. San Juan County, New Mexico - 2 | A | Royalty | J | W | | | | | Blue Door |
| 28. San Juan County, New Mexico - 3 | A | Royalty | J | W | | | | | McLane Family |
| 29. Coleman County, Texas | B | Royalty | K | W | | | | | Sunoco |
| 30. Nueces County, Texas | A | Royalty | J | W | | | | | Devon Energy |
| 31. San Juan County, New Mexico - 4 | A | Royalty | J | W | | | | | CML Exploration |
| 32. Wharton County, Texas -1 | A | Royalty | J | W | | | | | Everest - Socrates |
| 33. San Juan County, New Mexico - 5 | A | Royalty | J | W | | | | | Flint Hills |
| 34. San Juan County, New Mexico - 6 | A | Royalty | J | W | | | | | ConocoPhilips |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wood County, Texas - Estate | A | Royalty | J | W | | | | | Southwest Operating |
| 36. Wharton County, Texas - 2 | A | Royalty | K | W | | | | | NCEY - Hilje |
| 37. Andrews County, Texas | G | Royalty | J | W | | | | | Encore now Vanguard |
| 38. San Juan County, New Mexico - 7 | E | Royalty | J | W | | | | | XTO Energy |
| 39. San Juan County, New Mexico - 8 | B | Royalty | J | W | | | | | BP America |
| 40. San Juan County, New Mexico - 9 | D | Royalty | J | W | | | | | Energen |
| 41. San Juan County, New Mexico - 10 | A | Royalty | J | W | | | | | SG Interests |
| 42. San Juan County, New Mexico - 11 | A | Royalty | J | W | | | | | Turner |
| 43. ****Money Market Funds ** | | | | | | | | | |
| 44. Wells Fargo Advisors | D | Interest | L | T | | | | | . |
| 45. ***Bank Accounts***** | | | | | | | | | |
| 46. JP Morgan- Chase | | None | K | T | | | | | No Interest |
| 47. Compass Bank | A | Interest | K | T | | | | | Trust Account |
| 48. Wells Fargo Bank - 1 | A | Interest | K | T | | | | | |
| 49. Wells Fargo Bank - 2 | A | Interest | N | T | | | | | |
| 50. ***Mutual Funds Two * | | | | | | | | | . |
| 51. Delaware US Growth | | None | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Delaware International Equity | B | Dividend | L | T | | | | | |
| 53. Delaware Small Cap Value | B | Dividend | O | T | | | | | |
| 54. Delaware Equity Value | D | Dividend | O | T | | | | | |
| 55. Lord Abbott Global | D | Dividend | M | T | | | | | |
| 56. Prudential Global Real Estate | B | Dividend | L | T | | | | | |
| 57. Delaware Small-Mid Cap Growth | A | Dividend | | | Sold | 12/27/12 | M | E | |
| 58. ***Municipal Bonds*** | | | | | | | | | |
| 59. Houston Utility | C | Interest | L | T | | | | | |
| 60. Lower Colorado River | C | Interest | L | T | | | | | |
| 61. Harris County Health | C | Interest | | | Sold | 08/15/12 | K | E | |
| 62. Roma ISD | A | Interest | K | T | | | | | |
| 63. Carrolton, Texas | A | Interest | | | Sold | 02/15/12 | K | E | |
| 64. New Braunfels - 2 | B | Interest | K | T | | | | | |
| 65. University of Texas | A | Interest | K | T | Buy | 03/16/12 | K | | |
| 66. ****Alternative Investment**** | | | | | | | | | |
| 67. Graham Alternative Investment | | None | M | T | | | | | |
| 68. Beach Horizon ASP Fund | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WNT Futures ASP Fund | | None | M | T | | | | | |
| 70. ***** End ********** | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note One: No income from easement on ▬ farm.  Date of Easement: May 27, 2011.

Note Two: Cash balances in brokerage and bank accounts are swept into money-market funds or minicipal money-market funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 5/15/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Lynn N. Hughes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544